■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK DE CLARA, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file six copies of his brief and to serve one copy on the District Attorney. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD DINAN, FRANK POPLEES, Also Known as FRANK DAY and ALBERT BRICKER, Appellants.— Pursuant to section 529 of the Code of Criminal Procedure, the defendants, who have been released by virtue of a certificate of reasonable doubt, move to extend their time to argue their pending appeal and for a further stay of the judgment of conviction pending the determination of the appeal. Motion granted, and defendants' time enlarged to the January 1961 Term, on condition that they perfect their appeal and be ready to argue or submit it at said term. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND P. DUROCHER, Appellant.— On the court's own motion, order of this court, entered October 13, 1959, dismissing the appeal, vacated nunc pro tunc, as of June 27, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.